UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CURT CLIFT,

        Plaintiff - Appellant,

v.

BNSF RAILWAY COMPANY,

        Defendant - Appellee.

No. 15-35695

D.C. No. 2:14-cv-00152-LRS
U.S. District Court for Eastern
Washington, Spokane

**MANDATE**

The judgment of this Court, entered June 14, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $131.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7